IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| DONALD G. SMITH, JR., | Case No. 1:22-cv-690 |
| Plaintiff, | Judge Matthew W. McFarland |
| | Magistrate Judge Karen L. Litkovitz |
| v. | |
| CITY OF HAMILTON, OHIO, *et al.*, | |
| Defendants. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Court **ORDERS** the following:

1. The Complaint (Doc. 3) is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B), with the exception of Plaintiff's claims against Defendant John Ebbing in his individual capacity for false arrest, excessive use of force, and alleged deprivation of Plaintiff's First Amendment right to film police officers performing their official duties and to petition the government to redress a grievance.

2

**IT IS SO ORDERED.**

                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF OHIO

By: _____
            JUDGE MATTHEW W. McFARLAND