**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Donald G. Smith, Jr.,
        Plaintiff(s),            Case No. 1:22-cv-690
                                (McFarland, J.; Litkovitz, M.J.)

        v.

City of Hamilton, et al.,
        Defendant(s).

# CALENDAR ORDER

This case shall proceed as follows:

1.     Deadline for leave to amend pleadings: **February 24, 2023**
       Deadline for motions relative to the pleadings: **March 3, 2023**

2.     Deadline for disclosure of expert witnesses and submission of expert reports:
            Plaintiff(s) identify and produce primary expert report(s): **June 23, 2023**
            Defendant(s) identify and produce primary expert report(s): **July 24, 2023**
            Parties Disclosure and report of rebuttal experts: **August 24, 2023**
            Disclosure of non-expert (fact) witnesses:  **June 30, 2023**

3.     Discovery deadline: **September 25, 2023**

4.     Dispositive motion deadline: **November 27, 2023**

5.     Final Pretrial Conference and Jury Trial dates will be set at a later date by Judge
       McFarland pursuant to his case management schedule.*

Date  2/17/2023

                         Karen L. Litkovitz
                         United States Magistrate Judge

*The specific dates will be assigned by the District Court

awh      February 15, 2023