IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DONALD G. SMITH, JR., | : | Case No. 1:22cv690 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| JOHN EBBING, et al., | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), the Court **REFERS** this case to Magistrate Judge Karen L. Litkovitz. The Magistrate Judge is empowered to deal with all pretrial motions and procedures, and to render a report and recommendation to the Court on any matters classified as dispositive by statute.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND