UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donald G. Smith, Jr.,
    Plaintiff(s),

v.

City of Hamilton, Ohio, et al.,
    Defendant(s).

Case No. 1:22-cv-690
( J. McFarland ; Litkovitz, M.J.)

**NOTICE of SCHEDULING/STATUS CONFERENCE**

Please take notice that the above-captioned case has been set for a Status/Scheduling Conference before the Honorable Karen L. Litkovitz on:

**Thursday, June 22, 2023 at 3:00 pm**

Parties are to call into the conference line five minutes prior to the scheduled start time of the conference.

Conference meeting telephone number: 1-877-336-1839
Access code: 9003349
Participant security code: 1000

                                      s/Karen L. Litkovitz
                                      United States Magistrate Judge

To:  All counsel & Prose - Plaintiff

s/ A. Hill – Case Manager (513) 564-7690
awh        May 22, 2023