IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHO
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD G. SMITH, JR., | : | |
| | : | |
| Plaintiff, | : | Case No. 1:22-cv-690 |
| | : | |
| vs. | : | Judge McFarland |
| | : | |
| CITY OF HAMILTON, OHIO, et al. | : | Magistrate Judge Litkovitz |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION TO AMEND CASE SCHEDULE

Defendants City of Hamilton and John Ebbing ("Defendants"), pursuant to Fed. R. Civ. P. 16(b)(4), request that the current case schedule be amended to extend all applicable dates, including the discovery cutoff and dispositive motion deadline, by ninety (90) days. Due to the parties' ongoing settlement negotiations, such an extension will not prejudice either party and will increase the likelihood of a potential resolution.

A Memorandum In Support is attached.

Respectfully submitted,

/s/ *Aaron M. Glasgow*
Aaron M. Glasgow (0075466)
aglasgow@isaacwiles.com
Caleb R. Fodor (0097196)
cfodor@isaacwiles.com
**ISAAC WILES & BURKHOLDER, LLC**
2 Miranova Place, Suite 700
Columbus, OH 43215
T: (614) 221-2121 / F: (614) 365-9516
*Attorneys for Defendants City of Hamilton and John Ebbing*

1

**MEMORANDUM IN SUPPORT**

This case involves §1983 action alleging Constitutional violations against City of Hamilton police officer John Ebbing. After attending the first Status Conference on February 15, 2023 with Magistrate Judge Litkovitz, the Parties have engaged in ongoing settlement negotiations. During this time, Defendant requested, and Plaintiff provided, written discovery. Due to the ongoing efforts to reach a settlement, however, further discovery was essentially halted pending a possible resolution. On September 25, 2023, this Court held a Mediation Conference. Although no settlement was reached at the conference, the mediation has been continued for further negotiation.

According to the Court's Case Schedule, discovery in this case will close on September 25, 2023 (*See* ECF No. 13 PAGEID# 55). There is not currently a scheduled trial date. *Id*. At this stage of the proceedings, no depositions have been taken. If negotiations are ultimately unsuccessful, Defendant intends to depose Plaintiff. Likewise, Plaintiff has indicated that he wished to depose Officer John Ebbing. Based on the foregoing, Defendant hereby requests this Court amend the case schedule to extend all applicable deadlines for 90 days, for the purpose of allowing for continued settlement negotiations and the completion of discovery, if necessary.

This is the first request to amend the case schedule by any Party. The requested extension will not be prejudicial to any Party, and in fact, will allow for the depositions that both Parties have indicated that they wish to take.

**CONCLUSION**

For the reasons set forth herein, Defendants respectfully requests that this Court amend the case schedule to extend all applicable dates by 90 days.

Respectfully submitted,

/s/ *Aaron M. Glasgow*
Aaron M. Glasgow (0075466)
aglasgow@isaacwiles.com
Caleb R. Fodor (0097196)
cfodor@isaacwiles.com
**ISAAC WILES & BURKHOLDER, LLC**
2 Miranova Place, Suite 700
Columbus, OH 43215
T: (614) 221-2121 / F: (614) 365-9516
*Attorneys for Defendants City of Hamilton and John Ebbing*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this ***Motion for 90-day Discovery Extension*** was filed with the Court electronically on September 25, 2023. A copy of the foregoing was served via Email on September 25, 2023 to the following:

Donald Gene Smith, Jr.
428 N. 9th Street
Hamilton, Ohio 45011
dnldsmth057@gmail.com
*Plaintiff Pro Se*

/s/ *Aaron M. Glasgow*
Aaron M. Glasgow (0075466)