# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHO
## WESTERN DIVISION

DONALD G. SMITH, JR.,         :
                                      :

                  Plaintiff,      :     Case No. 1:22-cv-690
                                        :

vs.                                :     Judge McFarland
                                        :

CITY OF HAMILTON, OHIO, et al.    :     Magistrate Judge Litkovitz
                                        :

                 Defendants.   :

## STIPUALTED DISMISSAL WITH PREJUDICE

Pursuant to Civil Rule 41(a)(1)(A)(ii) and the stipulation of all Defendants, Plaintiff hereby dismisses, with prejudice, all claims asserted against all Defendants in this action.  All parties agree this is a final dismissal and this case may be removed from this Court's docket.

Respectfully submitted,

*/s/ Paul R. Kerridge*
Paul R. Kerridge (0092701)
Durst Kerridge LLC
600 Vine St., Suite 1920
Cincinnati, OH 45202
Phone: (513) 621-2500
Fax: (513) 621-0200
Email: paul@durst.law
Attorney for Plaintiff Donald G. Smith

*/s/ Aaron M. Glasgow*
Aaron M. Glasgow (0075466)
aglasgow@isaacwiles.com
**ISAAC WILES & BURKHOLDER, LLC**
2 Miranova Place, Suite 700
Columbus, OH 43215
T: (614) 221-2121 / F: (614) 365-9516
*Attorneys for Defendants City of Hamilton and John Ebbing*

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was filed with the Court electronically on May 13, 2024, and will be served on all parties of record via the Court's ECF/PACER system.